IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| TIMOTHY L. SHELTON, | * | |
|     Plaintiff, | * | |
| vs. | * | CASE NO. 4:19-CV-63 (CDL) |
| BOBBY DODD INSTITUTE, INC., | * | |
|     Defendant. | * | |

O R D E R

Under the Court's local rules, "[a]ny nongovernmental corporate party to an action in this court shall file a separate statement identifying all of its parent and subsidiary corporations and listing any publicly held company that owns 10% or more of the party's stock." M.D. Ga. R. 87.1. The disclosure statement is supposed to be filed with the party's "first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b)(1). Defendant has not yet answered or otherwise responded to Plaintiff's complaint because it waived service, but Defendant did file notices of attorney appearance and did not file a corporate disclosure statement at that time. The Court in its Rules 16/26 Order reminded the parties of the corporate disclosure rule and ordered that the required statement be filed within fourteen days of that Order—by June 7,

2019. Rules 16/26 Order (May 24, 2019), ECF No. 6. Defendant still has not filed its corporate disclosure statement. Defendant shall file the corporate disclosure statement by **June 28, 2019**.

IT IS SO ORDERED, this 17th day of June, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
